

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-08-339-CV

IN THE INTEREST OF E.F.,
A CHILD

------------

### FROM THE 233RD DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Harry Matthew F. attempts to appeal from the trial court's interlocutory order, which ordered the parties to amend their pleadings. On August 25, 2008, we sent Harry a letter stating our concern that we may have no jurisdiction over this appeal because the order does not appear to be a final appealable order or judgment, nor does it appear to be an appealable interlocutory order. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a) (Vernon 2008) (listing appealable interlocutory orders); *Lehmann v. Har-Con*

---

[1] *See* Tex. R. App. P. 47.4.

*Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (providing general rule that an appeal may be taken only from a final judgment).  We indicated that this court would dismiss this appeal if we did not receive a response showing grounds for continuing the appeal by September 4, 2008.  Harry filed a response on September 4, 2008, arguing that the May 28, 2008 order disposed of all issues "*other than* the enforcement of the arrearage, if any, that [is] owed by Harry." [Emphasis added.] Because the May 28, 2008 order does not dispose of all issues, it is not a final judgment.

Accordingly, because the order is neither a final judgment nor an appealable interlocutory order, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: WALKER, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED: September 25, 2008

2